**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　Ronald Harold Turner<br>　　Patricia Ann Turner<br>　　　　　Debtor(s) | Case No. 13 B 10727 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 03/18/2013.

　　2)　The plan was confirmed on 05/09/2013.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/19/2013.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 10/07/2013.

　　5)　The case was Dismissed on 01/08/2015.

　　6)　Number of months from filing to last payment: 21.

　　7)　Number of months case was pending: 26.

　　8)　Total value of assets abandoned by court order: NA.

　　9)　Total value of assets exempted: NA.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $12,740.00 |
| Less amount refunded to debtor | $394.00 |

**NET RECEIPTS:** $12,346.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $497.54 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,997.54

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acme Continental Credit Union | Unsecured | 1,664.08 | NA | NA | 0.00 | 0.00 |
| Advance America Cash Advance | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Advance America Cash Advance | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 68.92 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 1,016.00 | NA | NA | 0.00 | 0.00 |
| Alcoa Billing Center | Unsecured | 1,460.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 2,416.53 | 2,416.53 | 2,416.53 | 0.00 | 0.00 |
| AT&T | Unsecured | 97.64 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 637.50 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 1,463.15 | NA | NA | 0.00 | 0.00 |
| Bed Bath and Beyond Inc | Unsecured | 72.76 | NA | NA | 0.00 | 0.00 |
| Capital Solutions | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Cardiology Associates of NW IN | Unsecured | 659.09 | NA | NA | 0.00 | 0.00 |
| Cardiology Associates of NW IN | Unsecured | 164.38 | NA | NA | 0.00 | 0.00 |
| Cardiology Associates of NW IN | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Cashland Financial | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Charter One | Unsecured | 2,601.30 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| Checks Unlimited | Unsecured | 74.47 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 1,399.64 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 1,135.13 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,433.50 | 855.23 | 855.23 | 0.00 | 0.00 |
| Community Healthcare System | Unsecured | 15,938.40 | 4,332.36 | 4,332.36 | 0.00 | 0.00 |
| Cook County State's Attorney | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Country Financial | Unsecured | 3,897.67 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association, LP | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CVS/ Caremark | Unsecured | 58.58 | NA | NA | 0.00 | 0.00 |
| CVS/Caremark | Unsecured | 53.29 | NA | NA | 0.00 | 0.00 |
| DALAL Medical Corporation | Unsecured | 40.52 | NA | NA | 0.00 | 0.00 |
| Dr Peter Neale Do | Unsecured | 420.00 | 515.28 | 515.28 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EBS Pediatrics | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 21,819.62 | 22,408.23 | 22,408.23 | 0.00 | 0.00 |
| Franciscan Medical Specialist | Unsecured | 837.88 | NA | NA | 0.00 | 0.00 |
| Global PAyments | Unsecured | 80.34 | NA | NA | 0.00 | 0.00 |
| Goggins & Lavintman, P.A | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Illiana Financial Credit Union | Unsecured | 700.00 | 769.89 | 769.89 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 5,300.33 | 5,300.33 | 219.42 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 1,794.36 | 1,122.42 | 1,122.42 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 414.96 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Same Day Surgery | Unsecured | 4,228.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 34,530.82 | 21,589.13 | 21,589.13 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 24,344.87 | 24,344.87 | 1,007.84 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 475.12 | 398.93 | 398.93 | 0.00 | 0.00 |
| Lake Anesthesia Associates | Unsecured | 219.42 | NA | NA | 0.00 | 0.00 |
| Lansing Police and Fie Dept | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Leading Edge Recovery Solutions | Unsecured | 2,601.30 | NA | NA | 0.00 | 0.00 |
| MEA Munster LLC | Unsecured | 756.00 | NA | NA | 0.00 | 0.00 |
| Medical Specialists PC | Unsecured | 624.00 | 694.80 | 694.80 | 0.00 | 0.00 |
| Medical Specialists, P.C. | Unsecured | 1,405.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Assoc LLC | Unsecured | 0.00 | 139.35 | 139.35 | 0.00 | 0.00 |
| Munster Radiology Group | Unsecured | 100.00 | 106.58 | 106.58 | 0.00 | 0.00 |
| National Credit Lenders | Unsecured | 2,000.00 | 1,753.00 | 1,753.00 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 4,840.56 | 5,041.44 | 5,041.44 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty Founda | Unsecured | 51.33 | NA | NA | 0.00 | 0.00 |
| NWI Pathology | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| Pathology Associates of Chicago | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Patients 1st ER Med Consult PC | Unsecured | NA | 39.25 | 39.25 | 0.00 | 0.00 |
| Payday Loan | Unsecured | 688.88 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Payless Shoe Source | Unsecured | 41.38 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services, Inc | Unsecured | 1,098.60 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services, Inc. | Unsecured | 722.30 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services, Inc. | Unsecured | 729.12 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Sally's Beauty 3193 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 16,821.00 | 16,821.00 | 16,821.00 | 5,791.49 | 1,329.71 |
| Shoe Carnival | Unsecured | 128.73 | NA | NA | 0.00 | 0.00 |
| Shoe Carnival | Unsecured | 69.76 | NA | NA | 0.00 | 0.00 |
| Shoe Carnival | Unsecured | 52.29 | NA | NA | 0.00 | 0.00 |
| Shoe Carnival | Unsecured | 49.56 | NA | NA | 0.00 | 0.00 |
| South Suburban Gastroenterology, SC | Unsecured | 100.52 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 251.10 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 857.14 | 1,332.26 | 1,332.26 | 0.00 | 0.00 |
| St Mary Medical Center | Unsecured | 0.00 | 271.75 | 271.75 | 0.00 | 0.00 |
| St. James Hospital | Unsecured | 1,212.00 | NA | NA | 0.00 | 0.00 |
| Strack Van Til 8789 | Unsecured | 63.50 | NA | NA | 0.00 | 0.00 |
| Sun Cash of WI, LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 183.50 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| The Anesthesia Associates of Northh | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| The Director's Store | Unsecured | 466.13 | NA | NA | 0.00 | 0.00 |
| Title Lenders/USA Payday Loan | Unsecured | 2,383.90 | NA | NA | 0.00 | 0.00 |
| Title Lenders/USA Payday Loan | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 889.49 | NA | NA | 0.00 | 0.00 |
| Tri-State Financial | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Trustmark Recovery Services | Unsecured | 27.76 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | 16,973.35 | 16,973.35 | 0.00 | 0.00 |
| Us Cash IL, LLC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | NA | 2,433.90 | 2,433.90 | 0.00 | 0.00 |
| Village of Lansing | Unsecured | 194.37 | NA | NA | 0.00 | 0.00 |
| Walgreens | Unsecured | 94.37 | NA | NA | 0.00 | 0.00 |
| Walgreens | Unsecured | 117.66 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| West Asset Mgmnt | Unsecured | 1,024.00 | NA | NA | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 278.90 | 278.90 | 278.90 | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 0.00 | 1,378.36 | 1,378.36 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,821.00 | $5,791.49 | $1,329.71 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,821.00** | **$5,791.49** | **$1,329.71** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $29,645.20 | $1,227.26 | $0.00 |
| **TOTAL PRIORITY:** | **$29,645.20** | **$1,227.26** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,850.94** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,997.54 |
| Disbursements to Creditors | $8,348.46 |
| **TOTAL DISBURSEMENTS:** | **$12,346.00** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/12/2015                              By: /s/ Marilyn O. Marshall
                                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**